FILED
NOV 20 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEITH L. DROLLINGER,

    Plaintiff,

v.

SUSAN R. GERBER, HARDY MYERS,
and GARY LEE WILLIAMS,

    Defendants.

Civil No. 09-134-AC

ORDER

ACOSTA, Magistrate Judge.

IT IS ORDERED that Plaintiff's motion (#8) to voluntarily dismiss his claims, without prejudice, against Defendant Gary L. Williams is GRANTED. The Clerk of the Court is DIRECTED to terminate Gary L. Williams as a party to this action.

IT IS FURTHER ORDERED that Plaintiff's motion (#8) for extension of time to file his Amended Complaint containing claims against Defendants Gerber and Myers is GRANTED. Plaintiff shall have until December 21, 2009, to file his Amended Complaint.

IT IS SO ORDERED.

DATED this 19th day of November, 2009.

                              John V. Acosta
                              United States Magistrate Judge